IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

    Plaintiff,                      No. 2:12-cv-2446 JAM EFB P

vs.

MATTHEW CATES, et al.,

    Defendants.               <u>ORDER</u>

/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On March 25, 2013, the court dismissed plaintiff's complaint with leave to amend.  On June 7, 2013, the undersigned found that plaintiff had not filed an amended complaint as ordered, and recommended that this action be dismissed for failure to prosecute. However, the docket reflects that plaintiff filed an amended complaint on June 5, 2013.

     Accordingly, it is hereby ORDERED that:

     1. The June 7, 2013 findings and recommendations (Dckt. No. 17) are vacated; and

     2. In due course, the court will screen the amended complaint (Dckt. No. 16) pursuant to 28 U.S.C. § 1915A.

Dated: June 18, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE